IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------------- x
EXXON MOBIL CORPORATION, et al.          :
                                            Case No. 03 CV 12539
                Plaintiffs,              :
                                            The Honorable Richard G. Sterns
        -against-                        :

BRIMFIELD HOUSING AUTHORITY, et al.      :

                Defendants.              :
------------------------------------------------------------------- x
```

## STIPULATION AND ORDER

WHEREAS, a conference was held before the Honorable Shira A. Scheindlin on December 19, 2003, and the parties present stipulated on the record, inter alia, that MTBE-related actions which counsel present at the conference controlled, such as the instant action, should be stayed and transferred to Judge Scheindlin, sitting in her capacity as the assigned judge for In Re: Methyl Tertiary Butyl Ether ("MTBE") Litigation (hereinafter "MDL No. 1358"), that counsel would not oppose the issuance of a conditional transfer order by the Judicial Panel for Multidistrict Litigation (subject to and without waiving defendants' objections to federal jurisdiction);

WHEREAS, in an Order dated December 23, 2003, Judge Scheindlin, sitting in her capacity as the assigned judge for In Re: Methyl Tertiary Butyl Ether ("MTBE") Litigation (hereinafter "MDL No. 1358"), indicated that "all proceedings in the cases set forth in the attached Schedule should be stayed pending transfer to this Court sitting in its capacity as the MDL No. 1358 court." *Order* (December 23, 2003) (copy attached hereto as Exhibit 1); it is hereby

STIPULATED AND ORDERED THAT this action shall be stayed pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") as to whether that case should be transferred to the Honorable Shira A. Scheindlin in her capacity as the assigned judge for In Re: Methyl Tertiary Butyl Ether ("MTBE") Litigation (hereinafter "MDL No. 1358"), and then, upon such transfer, pending Judge Scheindlin's decision with respect to remand motions in related MTBE actions.

Dated: _____

By: _*[signature]*_
Deborah E. Barnard (BBO# 550654)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

and

Peter John Sacripanti
James A. Pardo
McDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, New York 10020
Tel: (212) 547-5400
Fax: (212) 547-5444

*Attorneys for Exxon Mobil Corporation and on behalf of all Plaintiffs*

Dated: January 16, 2004

By: _*[signature]*_
Richard M. Sandman
RODMAN, RODMAN & SANDMAN, PC
BBO No. 440940
442 Main Street, Suite 300
Malden, MA 02148-5122
Telephone: (781) 322-3720

Of Counsel:
Scott Summy
Celeste A. Evangelisti
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219-4281
(214) 521-3605
(214) 520-1181

Robert J. Gordon
Stan Alpert
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
Tel: (212) 558-5505
Fax: (212) 558-5506

*Attorneys for Defendants*

SO ORDERED:

_____
The Honorable Richard G. Sterns
U.S.D.J.