AO 440 (REV. 1/90) Summons in a Civil Action

# United States District Court

_____DISTRICT OF MASSACHUSETTS_____

EXXON MOBIL CORPORATION, et al.

V.                                         SUMMONS IN A CIVIL ACTION

BRIMFIELD HOUSING AUTHORITY, et al.

CASE NUMBER:

03 12539 RGS

TO:  Brimfield Housing Authority
     Colonial Park, Route 20
     Brimfield, MA  01010

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Deborah E. Barnard (BBO # 550654)
> Robin L. Main (BBO # 556074)
> Tara J. Myslinski (BBO # 644936)
> Holland & Knight LLP
> 10 St. James Avenue
> Boston, MA  02116
> (617) 523-2700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
Clerk

_____
By Deputy Clerk

DEC 17 2003
Date

|  | PROOF OF SERVICE | |
|---|---|---|
| SERVED | DATE<br>**January 16, 2004** | PLACE<br>**Offices of Richard Sandman, ESQ.**<br>**442 Main Street**<br>**Malden, MA. 02148** |
| SERVED ON (PRINT NAME)<br>**Richard M. Sandman, ESQ as agent for Brimfield Housing Authority** | MANNER OF SERVICE<br>**In Hand** | |
| SERVED BY (PRINT NAME)<br>**John F Keogh** | TITLE<br>**Constable** | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on **January 16, 2003**
　　　　　　　　DATE

SIGNATURE OF SERVER

**36 Georganna Street**
**Braintree, MA. 02184**
ADDRESS OF SERVER